## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA GONZALEZ, JAMIE HUBER and MONICA HUGGINS, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCOUNT RESOLUTION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants | Case No.: 2:20-cv-03259-GEKP |

## AMENDED STIPULATION OF DISMISSAL BY JAMIE HUBER

It is hereby stipulated and agreed by and between counsel for Plaintiff, Jamie Huber, and counsel for Defendant Experian Information Solutions, Inc. that the above-entitled action is hereby dismissed (by co-Plaintiff Jamie Huber only) against Defendants Account Resolution Services, LLC and Experian Information Solutions, Inc. without prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 08, 2021

Respectfully submitted,

 

Respectfully submitted,

*/s/ Steven Benedict*
Steven Benedict, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
T: 867-227-3106
steven@zemellawllc.com
Counsel for Plaintiff Jamie Huber

*/s/ Mohammad A. Ghiasuddin*
Mohammad A. Ghiasuddin, Esq.
Margolis Edelstein
The Curtis Center, Suite 400e
170 S. Independence Mall, W.
Philadelphia, PA 19106-3337
215-931-5802
215-922-1772 (fax)
mghiasuddin@margolisedelstein.com
Counsel for Defendant
Experian Information Solutions, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

*/s/ Steven Benedict*
Steven Benedict, Esq.