**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA GONZALEZ; JAMIE HUBER; MONICA HUGGINS,<br><br>        Plaintiffs,<br><br>v.<br><br>ACCOUNT RESOLUTION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants | Case No.:  2:20-cv-03259-GEKP |

## STIPULATION OF DISMISSAL BY PLAINTIFFS

It is hereby stipulated and agreed by and between counsel for Plaintiffs, Monica Huggins and Joshua Gonzalez, and counsel for Defendant Experian Information Solutions, Inc. that the above-entitled action is hereby dismissed against Defendant Experian Information Solutions, Inc. with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 14, 2021

                                            Respectfully submitted,

                                            */s/ Steven Benedict*
                                            Steven Benedict, Esq.
                                            Zemel Law LLC
                                            660 Broadway
                                            Paterson, New Jersey 07514
                                            T: 867-227-3106
                                            steven@zemellawllc.com
                                            Counsel for Plaintiff Jamie Huber


                                            */s/ Mohammad A. Ghiasuddin*
                                            Mohammad A. Ghiasuddin, Esq.
                                            Margolis Edelstein
                                            The Curtis Center, Suite 400e
                                            170 S. Independence Mall, W.
                                            Philadelphia, PA 19106-3337
                                            215-931-5802
                                            215-922-1772 (fax)
                                            mghiasuddin@margolisedelstein.com
                                            Counsel for Defendant Experian Information Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

*/s/ Steven Benedict*
Steven Benedict, Esq.