IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA GONZALEZ *et al.*, *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| ACCOUNT RESOLUTION SERVICES, LLC *et al.*, *Defendants* | : : : | No. 20-3259 |

## ORDER

**AND NOW**, this 15th day of July, 2021, upon consideration of Defendant ARS Account Resolution Services' submission of a Declaration of Attorneys' Fees and Costs as directed by the Court's June 15, 2021 Order (Doc. No 17), Plaintiffs' Opposition to the Declaration (Doc. No. 19), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Plaintiff Gonzalez and/or Plaintiff's counsel shall reimburse ARS Account Resolution Services for fees and costs in the full amount of $4,160.00 within 21 days of the entry of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1